BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS LUPIAN,<br><br>Defendant. | CASE NO. 2:07-CR-298 MCE<br>CASE NO. 2:14-CR-0042 MCE<br><br>ORDER RELATING CASES |

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the pending petition for violation of supervised release conditions in United States v. Lupian, Case No. 2:07-cr-298 MCE, is related to the Information in United States v. Lupian, Case No. 2:14-cr-0042 MCE, within the meaning of Local Rule 123(a) because the conduct underlying the petition for violation of supervised release and the Information are the same.

Based upon this finding, **IT IS HEREBY ORDERED** that the Clerk of the Court shall relate United States v. Lupian, Case No. 2:07-cr-298 MCE to United States v. Lupian, Case No. 2:14-cr-0042 MCE.

**IT IS SO ORDERED.**

Dated: February 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1