Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS LUPIAN,<br><br>　　　　Defendant. | NO. 2:07-cr-298 MCE<br>NO. 2:14-cr-042 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br><br>**Date:　June 19, 2014**<br>**Time:　9:00 a.m.**<br>**Judge: Hon. Morrison C. England Jr.** |

**IT IS HEREBY STIPULATED** by and between Special Assistant United States Attorney Josh Sigal, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Jesus Lupian, that cases No. 2:07-cr-298 MCE and 2:14-cr-042 MCE be vacated from this court's June 19, 2014, calendar, and continued until June 26, 2014, at 9:00 a.m. for judgment and sentencing. This short continuance is requested in order to accomodate government counsel's schedule which requires him to be away from Sacramento on June 19th. Since this case involves a jointly recommended sentence pursuant to F.R.Crim.P. 11(c)(1)(C), the presence of government counsel familiar with the course of proceedings and negotiations leading to this agreement is significant.

No Speedy Trial issue arises from this request since culpability with regard to both matters has been adjudicated and the matters are on for sentencing.

**IT IS SO STIPULATED.**

Date: June 13, 2014                    */s/ Josh Sigal*
                                        Josh Sigal
                                        Special Assistant U.S. Attorney
                                        Counsel for Plaintiff

Date: June 13, 2014                    s/ *Jeffrey L. Staniels*
                                        Jeffrey L. Staniels
                                        Counsel for Defendant
                                        JESUS LUPIAN

## ORDER

**It is so ordered.**

Dated:  June 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT